(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Original IFPC Shareholders, Inc. | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>364045082 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>201 East Army Trail Road<br>Bloomingdale, Illinois 60108 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   DuPage | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ☑ Chapter 11 | ☐ Chapter 13 |
| ☑ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other _____ | ☐ Clearing Bank | | | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| ☐ Consumer/Non-Business | ☑ Business | ☑ Full Filing Fee Attached |

**Chapter 11 Small Business** (Check all boxes that apply)

☑ Debtor is a small business as defined in 11 U.S.C. § 101
☑ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only)
Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.
Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☐ | 50-99 ☑ | 100-199 ☐ | 200-999 ☐ | 1000-over |
|---|---|---|---|---|---|---|

| Estimated Assets | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ |
|---|---|---|---|---|---|---|

| Estimated Debts | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☑ | $10,000,001 to $50 million ☐ |
|---|---|---|---|---|---|---|

```
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 04/07/2004
Time: 16:30:58
Debtor: ORIGINAL IFPC SHAREHOLD
Case: 04-13843        Fee : 839
Chapter: 11   Rec. # : 3073716
Judge: Jacqueline Cox
```

1:04BK13843-BK001

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s) Original IFPC Shareholders, Inc. |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor:<br>NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code specified in this petition.

X __Not Applicable__
Signature of Debtor

X __Not Applicable__
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X /s/ Michael J. Chmiel
Signature of Attorney for Debtor(

**Michael J. Chmiel, 6203965**
Printed Name of Attorney for Debtor(s) / Bar No.

**CHMIEL & MATUSZEWICH**
Firm Name

**100 South Main Street Suite 300**
Address

**Crystal Lake, IL 60014**

(815) 459-3120                        (815) 459-3123
Telephone Number

April 7, 2004
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Randall E. Fischer        Corp/Sec
Signature of Authorized Individual

**Randall E. Fischer**
Printed Name of Authorized Individual

**Secretary**
Title of Authorized Individual

4/5/04
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X __Not Applicable__
Signature of Attorney for Debtor(s)         Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X __Not Applicable__
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**

In re: **Original IFPC Shareholders, Inc.**                              Case No. _____

Debtor                                                                    Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                          $ **170-200 per hour**

   Prior to the filing of this statement I have received                $ **15,000.00**

   Balance Due                                                          $ _____

2. The source of compensation paid to me was:

   ☒ Debtor                           ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor                           ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) [Other provisions as needed]
      **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:
   **None**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **April 7, 2004**

_____
Michael J. Chmiel, Bar No. 6203965

**CHMIEL & MATUSZEWICH**
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 11 Proceeding |
| ) | |
| ORIGINAL IFPC SHAREHOLDERS, INC., ) | |
| ) | |
| Debtor. ) | |

## LIST OF TOP TWENTY UNSECURED CREDITORS

NOW COMES the Debtor, ORIGINAL IFPC SHAREHOLDERS, INC., by and through its proposed attorneys, Michael J. Chmiel and the Attorneys of CHMIEL & MATUSZEWICH, and states its list of top twenty unsecured creditors, whose claims are not those of insiders, with reservation of rights on disputing same, as follows:

| Creditor | Amount Allegedly Owed |
|---|---|
| BOIES, SCHILLER & FLEXNER<br>100 S.E. SECOND STREET<br>MIAMI, FL 33131 | $125,000.00 |
| WILLENKEN, WILSON & STRIS<br>787 SEVENTH AVENUE, 9TH FLOOR<br>NEW YORK, NY 10019 | $102,605.99 |
| FTI CONSULTING<br>333 WEST WACKER DRIVE, SUITE 600<br>CHICAGO, IL 60606 | $485,437.49 |
| SPESIA, AYERS & ARDAUGH<br>TWO RIALTO SQUARE, SUITE 200<br>JOLIET, IL 60432 | $82,925.48 |
| SHER CONSULTING<br>707 CRESTVIEW DRIVE<br>SAN CARLOS, CA 94070 | $75,555.63 |
| HALPRIN TEMPLE<br>1317 F STREET NW, 4TH FLOOR<br>WASHINGTON, DC 20004 | $54,855.00 |

| | |
|---|---|
| SHOOK, HARDY & BACON, L.L.P.<br>600 14TH STREET NW, SUITE 800<br>WASHINGTON, DC 20005 | $49,686.83 |
| SCHRIOTT & LUETKEHANS, PC<br>105 EAST IRVING PARK ROAD<br>P.O. BOX 247<br>ITASCA, IL 60143 | $37,018.35 |
| GORDON ENGINEERING ASSOCIATES<br>8218 WARFIELD STREET<br>MANASSAS, VA 20110 | $22,630.08 |
| ECON ONE<br>801 WEST 5TH STREET<br>LOS ANGELES, CA 90071 | $22,427.27 |
| DONOGHUE & ASSOCIATES, INC.<br>20 NORTH WACKER DRIVE, SUITE 2704<br>CHICAGO, ILLINOIS 60606 | $20,827.80 |
| GLOBAL LEGAL COPY, LLC<br>105 WEST MADISON STREET, SUITE 300<br>CHICAGO, IL 60605 | $17,000.03 |
| ROCKEFELLER GROUP BUSINESS CENTER<br>C/O GEORGE BALLARD COMPANY<br>4075 NELSON AVENUE, SUITE G<br>P.O. BOX 6185<br>CONCORD, CA 94524 | $13,167.06 |
| CHICAGO PARTNERS, LLC<br>140 SOUTH DEARBORN STREET, SUITE 1500<br>CHICAGO, IL 60603 | $3,329.76 |
| WILLIAM J. GORDON<br>3718 LIVINGSTON STREET NW<br>WASHINGTON, DC 20015 | $691.44 |
| AT&T WIRELESS SERVICES, INC.<br>7277 164TH AVENUE, NE, BUILDING 1<br>REDMOND, WA 98052 | Unknown |
| HUGHES NETWORK SYSTEMS, INC.<br>11717 EXPLORATION LANE<br>GERMANTOWN, MD 20876 | Unknown |

ORIGINAL IFPC SHAREHOLDERS, INC.

By: _____
Michael J. Chmiel

Michael J. Chmiel
CHMIEL & MATUSZEWICH
100 South Main Street, Suite 300
Crystal Lake, Illinois 60014
(815) 459 3120 Telephone
(815) 459 3120 Facsimile